UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                               :

UMADAT NANDKUMAR,                  :
                                               :

                 Plaintiff,             :
                                               :           26-CV-2608 (JMF)

        -v-                      :
                                                :                ORDER

200 EAST 59TH STREET CONDOMINIUM,   :
                                               :

                Defendant.         :
                                               :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 14, 2026, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 7. To date, Defendant has failed to appear in this action. No later than **May 22, 2026,** Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if he has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: May 15, 2026
       New York, New York                                   _____
                                                      JESSE M. FURMAN
                                                 United States District Judge