UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2026

UMADAT NANDKUMAR,

                    Plaintiff,

          -v-

200 EAST 59TH STREET CONDOMINIUM,

                    Defendant.

**ORDER**

26-CV-2608 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated April 1, 2026, this case was referred to the undersigned for settlement.  ECF No. 6.

A conference is scheduled on **June 5, 2026,** at **10:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 670 668 703#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: May 18, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1