# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**                                      Tel: 718-740-1000
Email: abdul@abdulhassan.com                          Fax: 718-740-2000
*Employment and Labor Lawyer*                        Web: www.abdulhassan.com

**June 17, 2026**

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel: 212-805-0282

<u>Re: Nandkumar v. 200 East 59th Street Condominium</u>
Case No.  26-CV-02608 (JMF)(HJR)
Motion to Adjourn Conference, etc.

Dear Judge Furman:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request an adjournment of the July 2, 2026 initial conference to a date after the July 28, 2026 settlement conference. This request is being made because the parties are currently scheduled for a settlement conference on July 28, 2026 with Magistrate-Judge Henry J. Ricardo. If the case is settled, I will notify the Court promptly. A corresponding adjournment of the related pre-conference submissions deadline is also requested.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:     Defense Counsel via ECF**

Application GRANTED.  The initial pretrial conference scheduled for July 16, 2026, ECF No. 16, is hereby RESCHEDULED for **August 6, 2026 at 9:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 17.
  SO ORDERED.

June 18, 2026