BOYD | RICHARDS
Parker | Colonnelli

Gizem Petrosino, Esq.
600 Third Avenue, Suite 2800
New York, New York 10016
212.400.0626
gpetrosino@boydlawgroup.com

July 14, 2026

In light of the representations herein, the Court's deadline requiring a settlement conference prior to the initial pretrial conference, ECF No. 5, is hereby VACATED. The parties should contact the chambers of Magistrate Judge Ricardo as to the adjournment of the settlement conference and any related deadlines.

The Clerk of Court is directed to terminate ECF No. 21.

SO ORDERED.

July 15, 2026

***Via ECF***
Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel: 212-805-0282

Re: *Nandkumar v. 200 East 59th Street Condominium*
Case No. 26-CV-02608 (JMF)(HJR)

Dear Judge Furman:

Our office represents the defendants in the above-referenced matter. After conferring with plaintiff's counsel, we respectfully request that the settlement conference which is currently scheduled for July 28, 2026 be adjourned as the parties are currently engaged in settlement negotiations and close to resolving the matter. A corresponding adjournment of the related pre-settlement conference submissions deadline is also requested. This request is made on consent of all parties, and is the parties' first such request.

Thank you for your attention to this matter.

Respectfully Submitted,

*Gizem Petrosino*

Gizem Petrosino, Esq.

cc: Plaintiff's Counsel via ECF