UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/15/2026

UMADAT NANDKUMAR,

Plaintiff,

-v-

200 EAST 59TH STREET CONDOMINIUM,

Defendant.

**ORDER**

26-CV-2608 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter motion requesting to adjourn the settlement conference and pre-settlement conference submissions deadline. ECF No. 21. The request is **GRANTED IN PART AND DENIED IN PART**.

The deadline for pre-settlement conference submissions is adjourned. The settlement conference will proceed as scheduled on **July 28, 2026**, unless the parties execute a settlement agreement before the conference. By **July 24, 2026**, the parties shall submit to RicardoNYSDChambers@nysd.uscourts.gov their acknowledgement forms and descriptions of what remains to be resolved.

The Clerk of Court is directed to terminate the letter motion at ECF No. 21 as **GRANTED IN PART AND DENIED IN PART**.

**SO ORDERED.**

Dated: July 15, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge