USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMADAT NANDKUMAR,

Plaintiff,

-v-

200 EAST 59TH STREET CONDOMINIUM,

Defendant.

**ORDER**

26-CV-2608 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter motion requesting to adjourn the settlement conference scheduled for July 28, 2026. ECF No. 24. The request is **GRANTED**. The settlement conference is adjourned *sine die*.

**SO ORDERED.**

Dated: July 20, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge