UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UMADAT NANDKUMAR,

Plaintiff,

-v-

200 EAST 59TH STREET CONDOMINIUM,

Defendant.

---------------------------------------------------------------------X

26-CV-2608 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's July 20, 2026 Order, ECF No. 25, the parties were required to submit the settlement agreement to the Court along with a joint letter, the contents of which are described therein, **no later than August 3, 2026.** To date, the parties have not filed either of those documents. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 11, 2026.** Failure to file the documents by that deadline may result in sanctions.

SO ORDERED.

Dated: August 4, 2026
New York, New York

JESSE M. FURMAN
United States District Judge