# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com


**August 11, 2026**

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel: 212-805-0282

**Re: Nandkumar v. 200 East 59th Street Condominium**
**Case No. 26-CV-02608 (JMF)(HJR)**
**Motion for Extension of Time**

Dear Judge Furman:

My Firm represents Plaintiff in the above-referenced action, and I respectfully write in response to Defendant's filing at ECF No. 29, and to seek a two-week extension of the August 11, 2026 deadline for the parties to file the *Cheeks* approval motion – it is possible that we may make the filing sooner. We also apologize for missing the August 3, 2026, deadline but the parties have not yet finalized a settlement agreement for the Court's approval. However, it appears that we are close and we should be able to agree to a final version and file within the requested extension period. The Court sua sponte granted the parties one prior extension of this deadline.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc: Defense Counsel via ECF**

Application GRANTED. Counsel is reminded, however, that any request for an extension must be made **at least 48 hours prior to the deadline**.

The Clerk of Court is directed to terminate ECF No. 30.

SO ORDERED.

August 18, 2026
~~~~~