# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com


**September 2, 2026**

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel: 212-805-0282

**Re: Nandkumar v. 200 East 59th Street Condominium**
**Case No. 26-CV-02608 (JMF)(HJR)**
**Motion to Adjourn Conference**

Dear Judge Furman:

My Firm represents Plaintiff in the above-referenced action, and I respectfully write on behalf of all parties and as per the Court's August 26, 2026 order which states in relevant part as follows:

> ORDER granting [32] Letter Motion for Conference. Unless and until the Court orders otherwise, the parties shall appear for an in-person conference with the Court on September 3, 2026, at 3:30 p.m. in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY. The parties should be prepared to discuss the status of their settlement discussions and the issues raised in their filings at ECF Nos. 32-33. If the parties are able to agree on the terms of the settlement prior to the conference, the parties shall promptly advise the Court. The Clerk of Court is directed to terminate ECF No. 32. Status Conference set for 9/3/2026 at 03:30 PM in Courtroom 24B, 500 Pearl Street, New York, NY 10007 before Judge Jesse M. Furman.

At around 10:19 p.m. on September 2, 2026, the parties were able to resolve the outstanding issue addressed in ECF No. 33, which obviates the need for the conference currently scheduled for 3:30 p.m. on September 3, 2026. The parties respectfully request that the Honorable Court cancel said conference as a result. We now intend to finalize the settlement agreement, arrange for client signatures and submit to the Court for approval under *Cheeks*.
~~~~~

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc: Defense Counsel via ECF**

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 35.

SO ORDERED.

September 3, 2026