UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UMADAT NANDKUMAR,

Plaintiff,

-v-

200 EAST 59TH STREET CONDOMINIUM,

Defendant.

---------------------------------------------------------------------X

26-CV-2608 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In the motion to adjourn the conference filed on September 2, 2026, Plaintiff's counsel stated that the parties had resolved the issue described in ECF No. 33 and would finalize the settlement agreement. *See* ECF No. 35. To date, the parties have not filed the settlement agreement. The parties are instructed to do so **no later than September 15, 2026**. Failure to file the settlement agreement by that deadline may result in sanctions.

SO ORDERED.

Dated: September 9, 2026
New York, New York

JESSE M. FURMAN
United States District Judge